**CLOSED**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SPECIALTY RX, INC., | : | |
| Plaintiff, | : | Civil Action No. 20-18665 |
| v. | : | |
| | : | ORDER |
| BOONTON CARE CENTER, LLC, | : | |
| Defendant. | : | |

**CHESLER, U.S.D.J.**

This matter having come before the Court on Plaintiff's motion for default judgment as to Boonton Care Center, LLC (ECF No. 9) pursuant to Federal Rule of Civil Procedure 55(b)(2); and

**IT APPEARING** that the Court, by Order dated May 7, 2021 (ECF No. 10), granted Plaintiff's motion as to the issue of liability and referred the matter to Magistrate Judge Cathy L. Waldor for an evidentiary hearing to establish the amount of damages, pursuant to 28 U.S.C. § 636(b)(1)(B); and it further

**APPEARING** that, on November 15, 2021, Magistrate Judge Waldor issued a Report and Recommendation ("R&R") on this matter (ECF No. 18); and it further

**APPEARING** that within 14 days of service of the magistrate judge's recommended disposition, any party to the action may file specific objections, stated in writing, to the magistrate judge's proposed findings and recommendations;[1] and it further

**APPEARING** that that a district judge must conduct a de novo review of those portions of the magistrate judge's report and recommendation to which objection is made;[2] and it further

---

[1]   L. Civ. R. 72.1(c)(2).
[2]   28 U.S.C. § 636(b)(1)(C).

**APPEARING** that the time for filing objections to the R&R has expired, and no objections to the R&R have been filed; and it further

**APPEARING** that the Court has reviewed the R&R and accepts and agrees with the findings and recommendations of the R&R in whole; and good cause appearing,

**IT IS, THEREFORE,** on this 28th day of November, 2021,

**ORDERED** that the R&R is **ADOPTED** as the Opinion of the Court; and it is further

**ORDERED** that Judgment is hereby entered against Defendant in the amount of $178,782.18; and it is further

**ORDERED** that post-Judgment interest shall accrue on all amounts awarded in this Order starting on the date following the date of entry of this Order.

                                                  s/ Stanley R. Chesler
                                                  Stanley R. Chesler
                                                  United States District Judge